IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 5:03-cr-05-MCR-GRJ

HERBERT D. BROWN,

    Petitioner.
_____/

**O R D E R**

This matter is before the Court on Doc. 110, a motion to vacate under 28 U.S.C. § 2255; Doc. 111, a motion for leave to file a § 2255 motion; Doc. 112, motion for appointment of counsel; and Doc. 113, motion for leave to proceed as a pauper.

Petitioner did not use the Court's form for § 2255 petitions and must amend on the form. Petitioner does not need to seek leave to file his § 2255 motion and his motion for leave to file a § 2255 motion is essentially an explanation of why he considers the motion timely. Petitioner is advised that he may include such argument as a memorandum of law attached to the § 2255 habeas corpus form. Appointment of counsel in a habeas case such as this is generally only necessary when the Court determines that an evidentiary hearing is required to resolve the petition. At this juncture there does not appear to be any need for an evidentiary hearing and therefore no necessity for the appointment of counsel. Finally, there is no filing fee to file a § 2255 motion and therefore Petitioner's motion for leave to proceed as a pauper is moot.

Accordingly, it is **ORDERED:**

1. The **Clerk** shall send Petitioner a blank § 2255 habeas corpus form and instructions. Petitioner shall mark the form "Amended Petition," complete the

form in its entirety, and return the signed original and two identical service copies to the Court **on or before July 19, 2012.**

2. Petitioner's motion for leave to file § 2255 motion, Doc. 111, is **DENIED AS MOOT.**

3. Petitioner's motion for appointment of counsel, Doc. 112, is **DENIED.**

4. Petitioner's motion for leave to proceed as a pauper, Doc. 113, is **DENIED AS MOOT.**

5. Failure to comply with this Order within the allotted time will result in a recommendation to the District Judge that this case be dismissed.

**DONE AND ORDERED** this 19th day of June 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge