IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 5:03-cr-05-MCR-GRJ

HERBERT D. BROWN,

_____/

## O R D E R

This matter is before the Court on Doc. 116, an amended motion to vacate under 28 U.S.C. § 2255.  Defendant has amended on the Court's forms as instructed but rather than offer any supporting facts for each ground of his amended motion, merely refers to "See: Attachment Memorandum and Supporting Facts."  This is problematic because Defendant has failed to follow the form's instructions to briefly state the supporting facts and has further failed to file the "Attachment Memorandum and Supporting Facts" with his amended motion.  Defendant's amended motion is also flawed because after identifying 25 grounds for relief, he notes "several other grounds may possibly be added as well!!"  As the form itself warns: "Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date."  Defendant is advised that in order to avoid abandoning any grounds, he should set forth all grounds for relief in his motion to vacate.

Accordingly, it is **ORDERED**:

1.  The **Clerk** shall send Defendant a blank § 2255 habeas corpus form and instructions.  Petitioner shall mark the form "Second Amended Motion to Vacate," complete the form in its entirety, and return the signed original and two identical service copies to the Court **on or before August 2, 2012.**  Defendant shall include all grounds for relief, briefly state supporting facts, and if he wishes to include said "Attachment Memorandum and Supporting Facts" he must attach this to the Second Amended Motion.  Defendant is further advised that he may

wish to include his argument as to why his motion is not time-barred (as previously set forth in his motion for leave to file, Doc. 111) in any memorandum attached to the Second Amended Motion.

2.  Failure to comply with this Order within the allotted time will result in a recommendation to the District Judge that this case be dismissed.

**DONE AND ORDERED** this 3rd day of July 2012.

*s / Gary R. Jones*

GARY R. JONES
United States Magistrate Judge