IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 5:03-cr-05-MCR-GRJ

HERBERT D. BROWN,

_____/

## O R D E R

This matter is before the Court on Doc. 118, Defendant's "Motion for Recharacterization of Movants' 28 U.S.C. § 2255 Grounds and Supporting Facts." Defendant previously was ordered to amend his motion on the Court's form. (Doc. 114.) Defendant amended on the Court's forms as instructed but rather than offer any supporting facts for each ground of his amended motion, merely referred to "See: Attachment Memorandum and Supporting Facts" and further failed to file the "Attachment Memorandum and Supporting Facts" with his amended motion. (Doc. 116.) The Court ordered Defendant to file a second amended motion and attach thereto any memorandum he wished to include. (Doc. 117.) In this instant motion, it is unclear what exactly Defendant is requesting the Court do for him, but to the extent he wants the Court to reorganize the docket so that he can avoid the Court's previous directive, his motion is due to be denied.

Accordingly, it is **ORDERED:**

1. Defendant's motion, Doc. 118, is **DENIED.**

2. Defendant is still required to comply with the Court's previous Order of July 3, 2012 (Doc. 117), which gave him until on or before August 2, 2012 to file a second amended motion to vacate which includes all grounds for relief and, if he wishes to include an "Attachment Memorandum and Supporting Facts" he must attach this to the Second Amended Motion. Defendant is further advised that he

may wish to include his argument as to why his motion is not time-barred (as previously set forth in his motion for leave to file, Doc. 111) in any memorandum attached to the Second Amended Motion.

3.  Failure to comply with this Order within the allotted time will result in a recommendation to the District Judge that this case be dismissed.

**DONE AND ORDERED** this 23rd day of July 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge