IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 5:03-cr-05-MCR-GRJ

HERBERT D. BROWN,

_____________________________/

**O R D E R**

This matter is before Defendant's motion to amend his motion to vacate (Docs. 120 & 110) and second amended motion to vacate (Doc. 121). Defendant's motion to amend his initial motion to vacate is due to be denied as moot because he has since filed a second amended motion to vacate (Doc. 121) and memorandum in support (122). These supersede any previously filed motions to vacate or attachments. The Court will order service of the motion to vacate by separate order.

Accordingly, it is **ORDERED:**

Defendant's motion to amend, Doc. 120, is **DENIED AS MOOT.**

**DONE AND ORDERED** this 2nd day of August 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge