IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 5:03-cr-05-MCR-GRJ

HERBERT D. BROWN,

_____/

## O R D E R

This case is before the Court on Doc. 121, Defendant's Second Amended

Motion To Vacate, Set Aside, Or Correct Sentence pursuant to 28 U.S.C. § 2255, and

Doc. 122, Defendant's Memorandum in Support.  Pursuant to the Rules Governing §

2255 proceedings, the Government will be required to file an answer or other response.

Upon receipt of the Government's response and Defendant's reply, if any, the Court will

review the file to determine whether an evidentiary hearing is required.  If an evidentiary

hearing is not required, the Court will dispose of the motion as justice requires pursuant

to § 2255 Rule 8(a).

Accordingly, it is **ORDERED**:

1.  The Clerk shall furnish by certified mail, return receipt requested, this Order
and Docs. 121 & 122 to the United States Attorney for this district, who shall file
an answer or other appropriate pleading no later than **October 1, 2012.**

2.  If review of the PSR is necessary, the Probation Office shall allow counsel for
the Government to review the PSR upon request.

3.  Defendant shall have until **October 31, 2012**, to file a reply, if desired.

**DONE AND ORDERED** this 2nd day of August 2012.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge